IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 4:14CR3033 |
| vs. | AMENDED ORDER |
| TALEB S. KHALAF, | |
| Defendants. | |

    Defendant has retained new counsel. Defendant has moved to continue the pretrial motion deadline, (filing no. 30), because his newly retained counsel needs additional time to review this case and confer with the defendant before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

1) The motion of attorney Jessica Milburn to withdraw as counsel of record for Defendant Khalaf, (filing no. 31), is granted.

2) Defendant's newly retained counsel, Timothy Sullivan, shall promptly notify the defendant of the entry of this order.

3) The clerk shall delete Jessica Milburn from any future ECF notifications herein.

4) Defendant's motion to continue, (filing no. 30), is granted.

5) Pretrial motions and briefs shall be filed on or before September 11, 2015.

6) The jury trial of this case is set to commence before Richard G. Kopf, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on October 5, 2015, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at the commencement of trial.

7)     The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and October 5, 2015, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

July 31, 2015.

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge